*IN THE UNITED STATES DISTRICT COURT*
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              4:09CR00260-001    SWW

MARK CHERVEN

## ORDER

Pending before the Court is defendant's motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for July 27, 2012. The U. S. Probation Office has confirmed that the defendant is participating in two treatment programs to address his issues and would like to continue his progress in the these programs. The government has no objection to the continuance.

IT IS THEREFORE ORDERED that the motion to continue [doc #38] is *GRANTED* and the hearing is rescheduled for *WEDNESDAY, OCTOBER 17, 2012 AT 1:00 P.M. IN COURTROOM #389.*

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release. If defendant violates the conditions of his supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 26th day of July 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE