*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                              NO. 4:09CR00260-001 SWW

MARK CHERVEN                                                          DEFENDANT

## ORDER

Pending before the Court is defendant's motion for early termination of supervised release previously imposed. The government objects to the early termination of supervised release. The memorandum prepared by the U. S. Probation Officer states that the defendant does not meet eligibility criteria listed in the Supervision Monograph 109 and from the Administrative Office directives as the defendant is a sex offender. Additionally, the defendant has not been fully compliant on supervised release until January 2013. The Court has considered the defendant's motion, government's response and U. S. Probation Officer's memorandum and finds that defendant's motion should be denied.

IT IS THEREFORE ORDERED that defendant's motion for early termination of supervised release [doc #42] previously imposed be, and it is hereby, ***DENIED***.

Dated this 17th day of June 2013.

/s/Susan Webber Wright
United States District Judge