# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                          NO. 4:09CR00260-001 SWW

MARK CHERVEN                                                          DEFENDANT

## ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #56] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *TEN (10) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant participate in sexual offender treatment programs while incarcerated and that defendant be incarcerated in a facility where he can participate in sexual offender treatment programs as soon as possible.

There will be *FIVE (5) YEARS* of supervised release following the term of incarceration with the following special conditions:

1. All general and standard conditions previously imposed remain in full force and effect.

2. Defendant shall participate in mental health counseling specializing in sexual offender treatment under the guidance and supervision of the Probation Officer and abide by the rules, requirements and conditions of the treatment program, including submitting to polygraph testing to aid in the treatment and supervision process. The results of the polygraph examination may not be used as evidence in Court to prove that a violation of community

supervision has occurred but may be considered in a hearing to modify release conditions. Further, the defendant shall contribute to the costs of such treatment based on his ability to pay. The defendant shall abstain from the use of alcohol throughout the course of treatment.

3. The Probation Officer will provide state officials with all information required under any sexual predator and sexual offender notification and registration statutes and may direct defendant to report to these agencies personally for required additional processing, such as an interview and assessment, photographing, fingerprinting, polygraph testing, and DNA collection.

4. Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation office and shall refrain from entering into any area where children frequently congregate, including, but not limited to, schools, daycare centers, theme parks, theaters and playgrounds.

5. The defendant shall not purchase, possess, subscribe, view, listen to, or use any media forms containing pornographic images or sexually oriented materials including but not limited to written, audio, and visual depictions, such as pornographic books, magazines, literature, videos, CD's, DVD's, digital media, or photographs. This includes materials containing "sexually explicit conduct" as defined in 18 U.S.C. § 2256(2).

6. The defendant shall not own or use any computer or electronic device with Internet access at any location, other than using a third party's computer to apply for employment at that party's business, without the written approval from the U. S. Probation Officer. This includes access through any Internet service provider, bulletin board system, or any public or private computer network system, cell phone or any other remote device capable of Internet access. The defendant will not access the Internet by any device or means that is not susceptible to monitoring by the probation office.

7. The defendant shall agree to the installation of computer monitoring software and hardware approved by the probation office. The defendant shall abide by rules and requirements of the program and shall consent to unannounced examinations of all computer equipment internal and external storage devices which may include retrieval and copying of all data from the computer(s) and any internal and external peripherals and/or removal of such equipment for the purpose of conducting a more thorough inspection by the probation office or probation service representative.

8. The defendant will not participate in online gaming. The defendant will not utilize or maintain any memberships or accounts of any social networking website or websites that allow minor children membership, a profile, an account, or webpage without prior written approval of the probation officer. This includes websites that explicitly prohibit access or use by sex offenders.

9. The defendant shall submit his person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation officer

with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions, pursuant to 18 U.S.C. § 3583(d).

10. The defendant will not date or befriend anyone who has a child or children under age 18 without notification of the third party and verification by the probation office.

11. Defendant shall not frequent or reside within 2,000 feet of locations frequented by persons under the age of 18, such as schools, daycare centers, theme parks, theaters, playgrounds, community centers or water parks. The defendant may not frequent such locations or loiter within 100 feet of such locations primarily used by persons under the age of 18.

12. The defendant will not reside in a residence where a minor child also resides.

13. The defendant shall not frequent adult bookstores, sex shops, topless bars, massage parlors, or any establishment where such material or entertainment is available.

The defendant is remanded to custody for transport to the designated facility to begin the service of the sentence imposed.

IT IS SO ORDERED this 28th day of January 2014.

/s/Susan Webber Wright

United States District Judge